UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY DYER, # 470852,

       Petitioner,

v.                                        Case Number: 08-cv-10368
                                          Honorable George Caram Steeh

CARMEN PALMER,

       Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order of this date, the habeas petition is **DISMISSED WITH PREJUDICE**.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Josephine Chaffee
                                                DEPUTY COURT CLERK

February 24, 2011